COLONIAL LEASING, INC., a Corporation, Appellant,
*v.* WILLIAM J. TAYLOR, Respondent.

No. 7462

January 15, 1975                    530 P.2d 762

*M. Gene Matteucci,* of Las Vegas, for Appellant.

*Jones, Jones, Bell, LeBaron, Close, Bilbray and Kaufman,*
and *Donald R. Davidson, III,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

In this action to recover damages for breach of an implied
warranty that the Dodge Motor Home leased by the plaintiff-
respondent from the defendant-appellant was fit for the pur-
pose for which it was to be used, there is substantial evidence
to support the trial court's finding of breach and damages, and
we perceive no prejudicial legal error.

Affirmed.